■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY BROWN, Appellant. [666 NYS2d 866] —Judgment unani-

mously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Galloway, J.—Robbery, 1st Degree.) Present—Green, J. P., Lawton, Hayes, Balio and Fallon, JJ.